

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00495-CV

Patrick **MINOR**,
Appellant

v.

Benjamin **MAYO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11603
Honorable David Peeples, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  September 26, 2018

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final judgment on May 18, 2018. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due on June 17, 2018. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on July 2, 2018. *See* TEX. R. APP. P. 26.3. Appellant did not file his notice of appeal until July 19, 2018. Appellant did not file a motion for extension of time.

We ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant filed a response, but it does not show this court has jurisdiction over this appeal. Therefore, we dismiss this appeal for lack of jurisdiction.

PER CURIAM